# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :     CASE NO. 3:10CR165(MRK)

       v.                  :

MARY ELLEN DURSO,        :     VIOLATION:

      Defendant.       :     18 U.S.C. § 371 (Conspiracy)

                 :

### S U B S T I T U T E
### I N F O R M A T I O N

The United States Attorney charges:

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

_____ 12 / 14 _____ 2010

Roberta D. Tabora, Clerk

By_ Kenneth R. Shuland _

Deputy Clerk

### COUNT ONE
### (Conspiracy – 18 U.S.C. § 371)

### GENERAL ALLEGATIONS

1.    At all times relevant to this Information, defendant MARY ELLEN DURSO resided in Connecticut.

2.    At all times relevant to this Information, 1225 Hillsboro Mile, Unit GG2, Hillsboro Beach, Florida, was a condominium located in the Royal Flamingo Villas condominium development (the "Florida Villa").

3.    At all times relevant to this Information, Washington Mutual, FA (later acquired by J.P. Morgan Chase Bank, N.A.) ("Washington Mutual"), was a financial institution as defined in Title 18, United States Code, Section 20.

### THE CONSPIRACY

4.    Beginning in or about August 2007 and continuing through on or about December 4, 2007, both dates being approximate and inclusive, within the District of

Connecticut and elsewhere, defendant MARY ELLEN DURSO did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the United States Attorney, to commit offenses against the United States, that is, knowingly executing, and attempting to execute, a scheme and artifice to defraud a financial institution, Washington Mutual, and to obtain money and property owned by, and under the custody and control of a financial institution, Washington Mutual, by means of material false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## PURPOSE AND OBJECT OF THE CONSPIRACY

5.      One of the purposes and objects of the conspiracy was for defendant MARY ELLEN DURSO to refinance the Florida Villa using defendant MARY ELLEN DURSO's name and identity to obtain funds for her co-conspirators.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which defendant MARY ELLEN DURSO and others, both known and unknown to the United States Attorney, sought to accomplish the objects of the conspiracy, included the following:

6.      It was a part of the conspiracy that on or about September 18, 2007, a co-conspirator, known to the United States Attorney, would and did quitclaim the Florida Villa purchased in 2006 to defendant MARY ELLEN DURSO to make her the nominal owner.

7.      It was a further part of the conspiracy that in 2007, one or more of the defendant's co-conspirators knowingly and willfully filed a materially false refinance application in

2

defendant MARY ELLEN DURSO's name to Washington Mutual to obtain funds.

8.    It was a further part of the conspiracy that the proceeds from the fraudulently obtained mortgage were transferred from defendant MARY ELLEN DURSO to two co-conspirators, known to the United States Attorney.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, within the District of Connecticut and elsewhere, defendant MARY ELLEN DURSO and her co-conspirators did commit and cause to be committed the following overt acts, among others:

9.    On or about September 18, 2007, a quitclaim deed was executed in Connecticut transferring the Florida Villa to defendant MARY ELLEN DURSO for $10.

10.    On or about September 20, 2007, Washington Mutual approved and wired $233,874.98, the proceeds from the refinance loan, to defendant MARY ELLEN DURSO's Webster bank account ending in 7550 ("Webster 7550 Account").

11.    On or about September 21, 2007, defendant MARY ELLEN DURSO used check 3108 from her Webster 7550 Account to purchase a cashier's check, check no. 2472663, in the amount of $146,544.44, which was used by one or more of the co-conspirators, known to the United States Attorney, to pay off an outstanding legal obligation.

All in violation of Title 18, United States Code, Section 371.


UNITED STATES OF AMERICA


DAVID B. FEIN
UNITED STATES ATTORNEY


DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY

4